UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| In re: <br><br> JAMES RIVER COAL COMPANY, et al., <br><br> Debtors, | Case No. 03-04095-MH3-11 <br> Jointly Administered <br><br> Adversary Proceeding <br> No. 305-00294A |
| ANTHONY H.N. SCHNELLING, as Trustee of The JRCC Unsecured Creditor Liquidating Trust, <br><br> Plaintiff/Appellee, <br><br> v. <br><br> DYNAMIC SECURITIES, INC., DYNAMIC SECURITY SERVICES, DYNAMIC SECURITY SYSTEMS and DYNAMIC SECURITY, INC., <br><br> Defendants/Appellants. | 3:06-1051 <br> JUDGE ECHOLS |

### ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, the Motion for Leave to Appeal (Docket Entry No. 2) filed by Defendants/Appellants Dynamic Securities, Inc., Dynamic Security Services, Dynamic Security Systems and Dynamic Security, Inc., seeking permission to pursue an interlocutory appeal of the Bankruptcy Court's Memorandum Opinion of September 14, 2006 and its Order of October 12, 2006, is hereby GRANTED.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE